UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTINA SALISBURY,<br><br>        Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting, Commissioner of Social Security,[1]<br><br>        Defendant. | No. CV-12-03095-CI<br><br>ORDER GRANTING STIPULATED MOTION TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

BEFORE THE COURT is the parties' stipulated Motion to Remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 30. Attorney D. James Tree represents Plaintiff; Special Assistant United States Attorney Willy M. Le represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 6. After considering the file, and proposed order,

**IT IS ORDERED:**

1. The parties Motion to Remand, **ECF No. 30,** is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to FED. R. CIV. P. 25(d), Carolyn W. Colvin is substituted for Michael J. Astrue as the Defendant in this suit. No further action need be taken to continue this suit. 42 U.S.C. § 405(g).

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the administrative law judge will apply the special technique as described in 20 C.F.R. § 404.1520a and document findings for each of the four broad areas of functioning; use findings from the special technique to determine whether Plaintiff's anxiety and depression are severe impairments; if they are found to be severe, consider whether they meet or medically equal Listing 12.04 or 12.06; and continue with the rest of the sequential evaluation process, obtaining testimony from medical expert and vocational expert, if necessary.  On remand, Plaintiff will be offered a *de novo* hearing, allowed to testify and submit updated evidence.

   2.   Judgment shall be entered for the **PLAINTIFF**.

   3.   Plaintiff's Motions for Summary Judgment, **ECF No. 19, 20, 22,** are stricken as moot.

   4.   An application for attorney fees may be filed by separate motion.

   The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

   DATED May 22, 2013.


              S/ CYNTHIA IMBROGNO
           UNITED STATES MAGISTRATE JUDGE